# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRANDON MILL LLC, *et. al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION<br>AS RECEIVER FOR FIRST NBC BANK,<br><br>    *Defendant.* | Civil Action No. 1:18-cv-02308-RMC |

## JOINT MOTION TO MODIFY BRIEFING SCHEDULE
## REGARDING DEFENDANT'S MOTION TO DISMISS

***COME NOW***, all parties, by and through undersigned counsel, and respectfully submit their Joint Motion to Modify Briefing Schedule Regarding Defendant's Motion to Dismiss. For the reasons stated below, the parties respectfully request that this Honorable Court GRANT their Motion.

1. This is a complex civil action in which Plaintiffs allege that Defendant Federal Deposit Insurance Corporation as Receiver for First NBC Bank breached contractual duties, fiduciary duties, duties under the South Carolina Uniform Limited Liability Company Act, and were otherwise negligent.

2. Plaintiffs filed their Complaint on October 5, 2018.

3. In accordance with the Court's January 8, 2019 Minute Order, Defendant FDIC as Receiver for First NBC Bank filed its Rule 12(b)(1) and 12(b)(6) Motion to Dismiss on February 28, 2019.

4. Pursuant to Local Rule 7, Plaintiffs' Response and Opposition is due no later than March 14, 2019.

5. Defendant's Reply would be due no later than March 21, 2019.

6. The parties have conferred and have agreed to the following modified schedule:

   a. Plaintiffs' Response: Due no later than March 29, 2019.

   b. Defendant's Reply: Due no later than April 17, 2019.

7. Because this is a joint motion, there will be no prejudice to any party.

**WHEREFORE,** the parties respectfully request that this Court GRANT their Joint Motion to Modify Briefing Schedule Regarding Defendant's Motion to Dismiss as detailed above.

 

*/s/ Christopher T. Nace*
Christopher T. Nace, #977865
PAULSON & NACE, PLLC
1025 Thomas Jefferson St., NW
Suite 810
Washington, DC 20007
ctnace@paulsonandnace.com
202-463-1999 Tel.
202-223-6824 Fax
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of March, 2019, a true copy of the foregoing Consent Motion to Extend Time to Respond to Motion to Dismiss was provided via the Court's ECF system to:

Steven K. White, Esq.
Matthew Smilowitz, Esq.
STINSON LEONARD STREET LLP
1775 Pennsylvania Avenue, N.W., Ste. 800
Washington, DC  20006
Phone: (202) 572-9903
Fax: 202-572-9963
Email Address: steven.white@stinson.com
Email Address: matthew.smilowitz@stinsonleonard.com
*Counsel for FDIC as Receiver for First NBC Bank*

                                                         */s/ Christopher T. Nace*
                                                       Christopher T. Nace

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BRANDON MILL LLC, *et. al.*,

    *Plaintiffs,*

v.

FEDERAL DEPOSIT INSURANCE CORPORATION
AS RECEIVER FOR FIRST NBC BANK,

    *Defendant.*

Civil Action No. 1:18-cv-02308-RMC

### **[PROPOSED] ORDER**

Upon consideration of Joint Motion to Modify Briefing Schedule Regarding Defendant's Motion to Dismiss, it is this _____ day of March, 2019

**ORDERED** that Motion be and hereby is **GRANTED**, and it is,

**FURTHER ORDERED** that Plaintiffs' Response to Defendant's Motion to Dismiss shall be filed no later than March 29, 2019; and Defendant's Reply shall be filed no later than April 17, 2019.

                                                                           Honorable Rosemary M. Collyer

Copies to Counsel of Record